Form 27 - AFFIDAVIT OF SERVICE


P22678015

**BLANK ROME, LLP**   NOE S. HAMRA
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| DELTA CORP SHIPPING PTE LTD | | Index No. **1:24-CV-07720-NRB** |
|---|---|---|
| | PLAINTIFF | Date Filed |
| - vs - | | Office No. **170508-00002** |
| OQ TRADING LIMITED | | Court Date. **10/29/2024** |
| | DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **OCTOBER, 2024 2:41PM** at
**C/O CT CORP.**
**28 LIBERTY STREET**
**NEW YORK NY 10005**
I served a true copy of the **LETTER, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, VERIFIED COMPLAINT, VERIFICATION, ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR ISSUANCE OF ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE AND EXHIBITS** upon **JP MORGAN CHASE BANK, N.A.** the **WITNESS** therein named by delivering to, and leaving personally with **Carlos Bobe, INTAKE SPECIALIST**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **WITNESS**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **TAN**   HAIR: **BLACK**
APP.AGE: **50-55** APP. HT: **5ft5in** APP. WT: **270**
OTHER IDENTIFYING FEATURES

Sworn to before me this
17TH day of OCTOBER, 2024

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

DONDRE DENNIS 2120222-DCWP
Lexitas #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 2-BR-L-22678015