```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
DELTA CORP SHIPPING PTE LTD,

                Plaintiff,                          O R D E R

           - against -                              24 Civ. 7720 (NRB)

OQ TRADING LIMITED,

                Defendant.
-------------------------------------X
```

**WHEREAS** on October 11, 2024, plaintiff filed a Complaint and an application for a Writ of Process of Maritime Attachment and Garnishment of defendant's property to JP Morgan Chase Bank, N.A (ECF Nos. 1-9); and

**WHEREAS** on October 15, 2024, this Court ordered that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to or being held for defendant by JP Morgan Chase Bank, N.A (ECF No. 10); and

**WHEREAS** on October 16, 2024, Maritime Attachment and Garnishment issued as to OQ Trading Limited in the amount of $31,248,086.80; and

**WHEREAS** on October 17, 2024, plaintiff filed an affidavit describing that it served JP Morgan Chase Bank, N.A with a subpoena to produce documents and provided the garnishee with other documents related to this civil action (ECF No. 11); and

**WHEREAS** on November 12, 2024, plaintiff filed an ex parte letter with the Court requesting issuance of a Revised Attachment Order (ECF No. 13); and

**WHEREAS** on November 12, 2024, this Court ordered that Process of Maritime Attachment and Garnishment shall issue against all tangible or

1

intangible property belonging to or being held for defendant by JP Morgan Securities LLC (ECF No. 12); and

**WHEREAS** on November 13, 2024, Maritime Attachment and Garnishment issued as to OQ Trading Limited in the amount of $31,248,086.80; and

**WHEREAS** JP Morgan has yet to identify any assets of OQ Trading Limited in its possession within the required response time under Rule B(3)(a); it is hereby

**ORDERED** that the aforesaid orders of attachment and any related discovery are vacated, and the complaint is dismissed.

DATED:   New York, New York
         December 16, 2024

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE